COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause Number:      01-16-00747-CV

Trial Court Cause
Number:      13-DCV-209723

Style:      Eleazar Maldonado

     **v** Silvia Maldonado

Date motion filed*:      January 4, 2018 & January 18, 2018

Type of motion:      Motion to Disqualify Appellee's Counsel & Appellant's Supplement to the Motion to Disqualify Appellee's Counsel

Party filing motion:      Appellant, Eleazar Maldonado

Document to be filed:      None

Is appeal accelerated? ☐ YES      ☒ NO

Ordered that motion is:

☐ Granted

     If document is to be filed, document due:

     ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☒ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☐ Other: _____

     The motion and supplement to the motion are denied.

Judge's signature: /s/ Michael Massengale
         ☐ Acting individually      ☒ Acting for the Court

Panel consists of Justices Jennings, Massengale, and Caughey.

Date: January 19, 2018